1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12 **MARTIN J. BIBBS,**      Case No. C 13-1570 CW (PR)

Plaintiff, **ORDER GRANTING DEFENDANTS'**
13 **MOTION TO CHANGE TIME TO FILE**
**DISPOSITIVE MOTION**
14 **v.**

15 **MICHAEL C. SAYRE, et al.,**

16          Defendants.

17

18      Defendants Sayre and Adam requested a sixty-day extension of time, up to and including

19 January 13, 2014, to file a summary-judgment motion or other dispositive motion.

20      The Court has read and considered Defendants' request and the accompanying declaration

21 of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request for

22 a sixty-day extension, up to and including January 13, 2014, is GRANTED.

23      Plaintiff's opposition to the motion for summary judgment or other dispositive motion shall

24 be filed with the Court and served on Defendants no later than twenty-eight days after the date on

25 //

26 //

27 //

28 //

1

[Proposed] Order Granting Defs.' Mot. Change Time (C 13-1570 CW (PR))

1   which Defendants' motion is filed.  Defendants shall file a reply brief no later than fourteen days

2   after the date Plaintiff's opposition is filed.

3          IT IS SO ORDERED.

4

5

6   Dated:  ___11/18/2013_____          _____
                                                The Honorable Claudia Wilken
7                                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2