IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARTIN J. BIBBS,**<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL C. SAYRE, et al.,**<br><br>Defendants. | Case No. C 13-1570 CW (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |

    Defendants Sayre and Adam requested a sixty-day extension of time, up to and including January 13, 2014, to file a summary-judgment motion or other dispositive motion.

    The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request for a sixty-day extension, up to and including January 13, 2014, is GRANTED.

    Plaintiff's opposition to the motion for summary judgment or other dispositive motion shall be filed with the Court and served on Defendants no later than twenty-eight days after the date on

//

//

//

//

1

1 | which Defendants' motion is filed.  Defendants shall file a reply brief no later than fourteen days
2 | after the date Plaintiff's opposition is filed.
3 |        IT IS SO ORDERED.

Dated:  11/18/2013

_____
The Honorable Claudia Wilken
United States District Judge

2

[Proposed] Order Granting Defs.' Mot. Change Time (C 13-1570 CW (PR))