KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General
SAHAR NAYERI
Deputy Attorney General
State Bar No. 275246
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5337
 Fax:  (415) 703-1234
 E-mail:  Sahar.Nayeri@doj.ca.gov
*Attorneys for Defendants*
*N. Adam and M. Sayre, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MARTIN J. BIBBS,**<br><br>                                     Plaintiff,<br><br>v.<br><br>**MICHAEL C. SAYRE, et al.,**<br><br>                                    Defendants. | C 13-1570 CW (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Judge:          The Honorable Claudia Wilken<br>Action Filed:  April 8, 2013 |

Defendants moved this Court for an extension of time to file a reply brief in support of their Motion to Dismiss, up to and including May 14, 2014.  After full consideration, and good cause appearing, Defendants' motion for extension of time is GRANTED.

IT IS SO ORDERED.

Dated:     4/8/2014

_____
The Honorable Claudia Wilken
U.S. District Court Judge

SF2013205983
40936684.doc

1