IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. BIBBS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL C. SAYRE, et al.,<br><br>Defendants. | Case No. C 13-1570 CW (PR)<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION ASKING THE COURT TO CONSIDER DEFENDANTS' REPLY BRIEF |

Defendants ask the Court to consider their late-filed reply brief in support of their motion for summary judgment based on Plaintiff's failure to exhaust administrative remedies. Having read the motion, and good cause appearing, Defendants' motion is GRANTED. The Court will consider Defendants' reply brief before ruling on the motion.

**IT IS SO ORDERED.**

Dated: _____8/19/2014_____         *Claudia Wilken*
                                                            The Honorable Claudia Wilken

1

[~~Proposed~~] Order Granting Defs.' Admin. Mot. Asking Court to Consider Defs.' Reply Brief (C 13-1570 CW (PR))